## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

VICKY LYNN MOORE, as Personal Representative
of the ESTATE OF RAYMOND PAUL HOLMES,
Deceased,

    Plaintiff,

v.

MECOSTA COUNTY, a Municipal Corporation,
by and through its agency, the Mecosta County
Sheriff's Department; Mecosta County Sheriff's
Deputy RYAN DEAN; Mecosta County Sheriff's
Deputy R. UPDIKE; Mecosta County Sheriff
NICOLE HAHN; various other Mecosta County
Sheriff's Deputy JOHN DOES/JANE DOES,
Correct Care Solutions, and Sue Ann McDonald

    Defendants.

Case No: 1:16-cv-00122
District Judge: Robert J. Jonker
Magistrate Judge: Phillip J. Green

---

| EMELANDER LAW FIRM, P.C. | CHAPMAN LAW GROUP |
|---|---|
| Harold L. Emelander (P70719) | Ronald W. Chapman Sr., M.P.A., LL.M (P37603) |
| Erin L. Emelander (P75900) | Carly Van Thomme (P59706) |
| Attorneys for Plaintiff | Kevin A. McQuillan (P79083) |
| 31 East Wood Street, P.O. Box 849 | Attorneys for Correct Care Solutions |
| Newaygo, MI 49337 | 1441 West Long Lake Rd., Suite 310 |
| (231) 303-5005 | Troy, MI 48098 |
| hemelander@gmail.com | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| CUMMING MCCLOREY DAVIS & ACHO PLC | cvanthomme@chapmanlawgroup.com |
| Haider A. Kazim (P66146) | |
| Matthew Cross (P77526) | |
| Attorney for Mecosta County Defendants | |
| 400 W. Front St., Suite 200 | |
| Traverse City, MI 49684 | |
| (616) 975-7470 | |
| hkazim@cmdalaw.com | |
| mcross@cmdalaw.com | |

## **STIPULATION AND ORDER DISMISSING DEFENDANT CORRECT CARE SOLUTIONS**

NOW COME the parties herein, by and through their respective counsel, and hereby stipulate and agree that Defendant Correct Care Solutions shall be dismissed from this lawsuit with prejudice, without costs, and without attorney fees to any party.

/s/Harold L. Emelander_____ /s/Carly Van Thomme _____
Harold L. Emelander (P70719) Carly Van Thomme (P59706)
Attorney for Plaintiff Attorney for Defendant Correct Care Solutions

### ORDER OF DISMISSAL

At a session of said Court held in
the City of Grand Rapids, State of Michigan,
on _____, 2017.

PRESENT: Hon. _____
United States District Court Judge

Having read and filed the above Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint and all amendments hereto, as to Defendant Correct Care Solutions is dismissed with prejudice, without costs, and without attorney fees to any party.

_____
HON. ROBERT J. JONKER
U.S. DISTRICT COURT JUDGE